## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| CAPITAL ACADEMY LLC, | * | Case No. 14-12973-RGM |
| | * | |
| Debtor. | * | Chapter 7 |
| | * | (Converted from |
| | * | Chapter 11) |

\* \* \* \* \* \* \* \* \*

### STATEMENT THAT NO DEBTS WERE INCURRED AFTER FILING OF ORIGINAL PETITION TO DATE OF CONVERSION

No debts were incurred by the debtor(s) after the filing of the original petition initiating the above-captioned bankruptcy case.

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, the undersigned, hereby declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Executed on: January 12, 2015          __/s/ Richard Rynders_____
                                       Corporate Representative

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 12, 2015, I mailed first class, postage prepaid, a copy of the foregoing to all scheduled parties and to:

Jack Frankel, Attorney
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

H. Jason Gold, Esq.
Nelson Mullins
101 Constitution Avenue NW, Suite 900
Washington, DC  20001

                /s/  Brian V. Lee  VA 68354
                Brian V. Lee, Esq.